# United States District Court

WESTERN DISTRICT OF WASHINGTON

TAHIR ABDUL JIHAD-BLACK
a/k/a TONY TYRONE BLACK

**JUDGMENT IN A CIVIL CASE**

v.

UNITED STATES OF AMERICA

CASE NUMBER: C05-5128FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Petitioner's Motion pursuant to F.R.Cr.P. 52(b), 18 U.S.C. §§ 3582 and 3742, the Writ of *Audita Querela,* etc., [Dkt. #1] is DENIED.  Alternatively, viewed as a petition pursuant to 28 U.S.C. § 2255, it is a successive petition for which no certification from the Court of Appeals for the Ninth Circuit has been obtained.


April 2, 2007                                                                           BRUCE RIFKIN
                                                                                                    Clerk


                                                                                                     *s/Caroline M. Gonzalez*
                                                                                                    Deputy Clerk